IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAYNE PRATER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, ET AL. | : | No. 11-1618 |

## ORDER

**AND NOW**, this 8th day of November, 2012, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 34) and all documents filed in connection therewith, as well as Plaintiff's Motion for Appointment of Counsel (Docket No. 36), and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion for Appointment of Counsel is **DENIED**.

2. Defendants' Motion for Summary Judgment is **GRANTED**.

3. **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.