IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAYNE PRATER | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, ET AL. | : | No. 11-1618 |

## ORDER

**AND NOW**, this 1st day of June, 2015, upon consideration of the Defendants' Motion for Summary Judgment (Docket No. 49), Plaintiff's Motion for Summary Judgment (Docket No. 54), and all documents filed in connection with both Motions, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** insofar as Defendants seek judgment in their favor on Plaintiff's right of access claim under the First and Fourteenth Amendments, but **DENIED** insofar as they seek judgment in their favor on Plaintiff's Sixth Amendment right to counsel claim.

2. Plaintiff's Motion is **DENIED** in all respects.

3. Plaintiff's claim under the First and Fourteenth Amendments is **DISMISSED**, and this case will proceed to trial on Plaintiff's Sixth Amendment claim only.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.